✎ Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Ronald Doctor          **Case Number:** 2:22CR00795-004

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** May 14, 2024

**Original Offense:** <u>Count One:</u> Conspiracy to Possess with Intent to Distribute and to Distribute a Quantity of Cocaine (Lesser-Included Offense), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for Time Served (8 days) followed by 3 years supervised release. The defendant was ordered to pay a $100.00 special assessment fee. The defendant was ordered the following special conditions: 1) You must submit to substance abuse testing to determine if you have used a prohibited substance; 2) You shall abstain from alcohol completely; 3) You must participate in an inpatient/outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity); and 4) You must contribute to the cost of such substance abuse testing and programs not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** May 14, 2024

**Previous Court Action/Notification(s):** On June 24, 2024, the Court was notified, via 12-A notification, that Mr. Doctor tested positive for cocaine and marijuana use on May 20, 2024. He again tested positive for cocaine use on June 8, 2024. This violation was held in abeyance and Mr. Doctor was placed in out-patient treatment with Tri-County Commission in Orangeburg, SC. He remains in out-patient treatment at this time.

✎Prob 12A                                                    Page 2
 (Rev. 01/2020 - D/SC)

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
| --- | --- |
| 1 | **Use/Possession of Illicit Drugs**: Mr. Doctor tested positive for cocaine and marijuana use on September 24, 2024.  This test was confirmed positive by Dominion Diagnostics on September 27, 2024. (Specimen #6769985) |
| 2 | **Use/Possession of Illicit Drugs**: Mr. Doctor tested positive for cocaine and marijuana use on October 30, 2024.  This test was confirmed positive by Dominion Diagnostics on November 2, 2024. (Specimen #6871065) |
| 3 | **Use/Possession of Illicit Drugs**: Mr. Doctor tested positive for cocaine use on November 20, 2024.  This test was confirmed positive by Abbott Toxicology Services, Inc. on November 25, 2024. (Specimen #B05259421) |
| 4 | **Use/Possession of Illicit Drugs**: Mr. Doctor tested positive for cocaine and marijuana use on March 5, 2025.  This test was confirmed positive by Dominion Diagnostics on March 7, 2025. (Specimen #7209683) |

**U.S. Probation Officer Action:**  Please be advised this is Mr. Doctor's second violation since the commencement of supervision.  Mr. Doctor has been reprimanded for continued drug use while in out-patient treatment with Tri-County Commission of Orangeburg.  This officer has been in communication with his counselor with recommendation for in-patient treatment at Morris Village.  Mr. Doctor completed an application for in-patient treatment on March 12, 2025, and is currently on a waiting list for entry into the program.  It is respectfully recommended this violation be held in abeyance pending his future actions. If Mr. Doctor fails to successfully complete in-patient treatment, continues to use illicit drugs, or violates his supervision in any other way, Your Honor will be promptly notified with recommendation for violation proceedings. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation. Should Your Honor not concur with our recommendation, we stand ready to serve at the pleasure of the Court.

✎Prob 12A                                                                                                    Page 3
 (Rev. 01/2020 - D/SC)

Respectfully Submitted,

By:    *Michael D. Clyburn*
       _____
       Michael D. Clyburn
       U.S. Probation Officer
       Columbia Office

       Date:  March 31, 2025

Reviewed and Approved By:

*Stephene D. Ford*
_____
Stephene D. Ford
Supervising U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |

|   | Submit a Request for Modifying the Condition or Term of Supervision |

|   | Submit a Request for Warrant or Summons |

|   | Other |

*Bruce H. Hendricks*
_____
Bruce Howe Hendricks
United States District Judge

_____
       April 1, 2025
              Date